**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BCDG, LP** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA McDonald's** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **41-1976987** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **6500 University Ave., Ste. 204**<br>**Windsor Heights, IA 50324** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Polk** | **Location of principal assets, if different from principal place of business** |
| County | **See attached** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **None** |

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **BCDG, LP**
   Name                                                  Case number (*if known*)

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **7225**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

---

Debtor   **BCDG, LP**
_____   Case number (*if known*) _____
Name

---

**11.** **Why is the case filed in** *this district?*     *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                       Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

          Contact name _____

          Phone _____

---

█  **Statistical and administrative information**

---

**13.** **Debtor's estimation of available funds**     .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **BCDG, LP** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 18, 2016**
　　　　　　　　MM / DD / YYYY

**X** **/s/ Brown Customer Delight Group, Inc., its General Partner**
Signature of authorized representative of debtor

**Brown Customer Delight Group, Inc., its General Partner**
Printed name

Title    **by Larry Brown, its President**

**18. Signature of attorney**

**X** **/s/ Jeffrey D. Goetz**
Signature of attorney for debtor

Date **November 18, 2016**
　　　MM / DD / YYYY

**Jeffrey D. Goetz**
Printed name

**Bradshaw, Fowler, Proctor & Fairgrave PC**
Firm name

**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
Number, Street, City, State & ZIP Code

Contact phone    **515-243-4191**    Email address    **www.bradshawlaw.com**

**IS #9999366**
Bar number and State

Six McDonald's franchises at the following locations:


3000 SE 14th St.
Des Moines, IA 50320


1404 Des Moines St.
Des Moines, IA 50316


710 Army Post Rd.
Des Moines, IA 50309


4201 Fleur Dr.
Des Moines, IA 50309


2901 SW 9th St
Des Moines, IA 50315


1207 N. Jefferson
Indianola, IA 50125

---

**Fill in this information to identify the case:**

Debtor name    **BCDG, LP**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 18, 2016**     **X /s/ Brown Customer Delight Group, Inc., its General Partner**
                                    Signature of individual signing on behalf of debtor

                                                   **Brown Customer Delight Group, Inc., its General Partner**
                                                   Printed name

                                                   **by Larry Brown, its President**
                                                   Position or relationship to debtor

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **BCDG, LP** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF IOWA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TASS Enterprises, Inc./Steven L. Nelson 34-750 Washington Street Palm Desert, CA 92211 | Erik S. Fisk, Attorney fisk@whitfieldlaw.com (515) 288-6041 | Promissory note | | | | $4,685,000.00 |
| bizfi/Merchant Cash 480 Park Ave. S., 10th Floor New York, NY 10016 | Credit Manager c/o Capital Advance (866) 995-7272 | Factoring | | | | $446,881.00 |
| Forward Financing LLC 36 Bromfield St., Ste. 210-212 Boston, MA 02108 | Adam Combies, Attorney acombies@combieshanson.com (617) 556-9964 | Factoring | | | | $200,797.88 |
| DS&B ATTN:  Sean Boland, CPA 222 S. Ninth St., Ste. 3000 Minneapolis, MN 55402-3340 | Sean Boland, CPA (612) 359-9630 | Accounting fees | | | | $196,961.14 |
| Global Merchant Cash, Inc. 64 Beaver St., Ste. 415 New York, NY 10004 | Credit Manager c/o Capital Advance (866) 995-7272 | Factoring | | | | $135,050.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **BCDG, LP** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mid Iowa McDonald's Operators Group c/o McDonald's Office - JKB Restaurants 4923 West Lincoln Way Ames, IA 50014** | **William T. Talbot, Attorney** <br><br> **talbot@newbrough law.com** <br> **(515) 382-5431** | **Local co-op advertising** | | | | **$67,291.17** |
| **Wells Fargo Businessline Mastercard Payment Remittance Center PO Box 51174 Los Angeles, CA 90051-5474** | **Customer Service** <br><br> **(800) 225-5935** | **Credit card** | | | | **$48,420.91** |
| **American Express Delta Customer Care/Billing PO Box 981535 El Paso, TX 79998-1535** | **Customer Care** <br><br> **(800) 297-6200** | **Credit card** | | | | **$44,737.54** |
| **Bankers Trust Company 453 7th Street Des Moines, IA 50309** | **Todd W. Wishman, Vice President** <br><br> **twishman@banker strust.com** <br> **(515) 245-2468** | **Promissory note** | | | | **$42,932.78** |
| **Central Iowa Mechanical 204 SW 2nd Street Des Moines, IA 50309** | **Larry "Dino" Goode Jr., President** <br><br> **dgoode@cimech.c om** <br> **(515) 243-8126** | **HVAC repairs** | | | | **$41,202.20** |
| **Coca Cola USA PO Box 102703 Atlanta, GA 30368** | **Credit Manager** <br><br> **(800) 438-2653** | **Beverages** | | | | **$31,392.88** |
| **H&K International, Inc. PO Box 180729 Dallas, TX 75218** | **Credit Manager** <br><br> **(214) 818-3500** | **Large equipment purchases** | | | | **$26,325.00** |
| **Hawkeye/VanGinkel Lawn & Snow PO Box 57369 Des Moines, IA 50317** | **Credit Manager** <br><br> **hawkeyevanginkel @gmail.com** <br> **(515) 967-3020** | **Lawn and snow services** | | | | **$22,934.46** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **BCDG, LP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mastercard Black Card Card Services** PO Box 13337 Philadelphia, PA 19101-3337 | **Customer Service** (844) 724-2600 | **Credit card** | | | | $22,873.48 |
| **Wells Fargo Business VISA Payment Remittance Center** PO Box 6426 Carol Stream, IL 60197-6426 | **Customer Service** (800) 225-5935 | **Credit card** | | | | $21,922.09 |
| **Bank of the West Wealth Mgmt. Bank Card Center** PO Box 4021 Alameda, CA 94501-0421 | **Customer Service** (866) 218-4959 | **Credit card** | | | | $20,881.99 |
| **CitiBusiness Card Processing Center Des Moines, IA 50363-0001** | **Customer Service** (866) 458-4216 | **Credit card** | | | | $19,550.56 |
| **American Express Blue Customer Care/Billing** PO Box 981535 El Paso, TX 79998-1535 | **Customer Care** (877) 258-3254 | **Credit card** | | | | $16,885.89 |
| **Tech 24 c/o PNC Bank** PO Box 538516 Atlanta, GA 30353-5816 | **Credit Manager** (800) 820-7154 | **Equipment purchases** | | | | $16,556.66 |
| **McCormack Dist. Co., Inc.** 1755 24th St. SW Le Mars, IA 51031 | **Credit Manager** info@mccdist.com (800) 383-5678 | **Equipment services** | | | | $10,630.82 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **BCDG, LP**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*............................................................................   $ _____0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*...........................................................................   $ _____6,705,977.51

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................................   $ _____6,705,977.51

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $ _____6,117,806.50

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____642,610.48

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____8,869,320.93

4.   Total liabilities ............................................................................................................................
     Lines 2 + 3a + 3b                                                                                                          $ _____15,629,737.91

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name       **BCDG, LP**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$7,200.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of the West Master Account** | **Checking account** | **0778** | $76,928.20 |
| 3.2. | **Bank of the West SW 9th account** | **Checking account** | **5308** | $0.00 |
| 3.3. | **Bank of the West Fleur account** | **Checking account** | **5316** | $0.00 |
| 3.4. | **Bank of the West SE 14th account** | **Checking account** | **5324** | $0.00 |
| 3.5. | **Bank of the West Capitol (Des Moines St.) account** | **Checking account** | **5332** | $0.00 |
| 3.6. | **Bank of the West Army Post account** | **Checking account** | **7577** | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Debtor | **BCDG, LP** | | Case number *(If known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 3.7. | **Bank of the West Indianola account** | **Checking account** | 0531 | $0.00 |
| 3.8. | **Bank of the West Payroll account** | **Checking account** | 0582 | $77,188.85 |
| 3.9. | **Bank of the West Ankeny Blvd. account**<br>**Account inactive** | **Checking account** | 7445 | $0.00 |
| 3.10. | **Bank of the West Ankeny Freeway account**<br>**Account inactive** | **Checking account** | 7437 | $0.00 |
| 3.11. | **Bank of the West State St. account**<br>**Account inactive** | **Checking account** | 7346 | $0.00 |
| 3.12. | **Bank of the West Sales Tax account** | **Checking account** | 4579 | $3,625.46 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $164,942.51 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| Debtor | **BCDG, LP** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Perishable food inventory** | 8-31-16 | $0.00 | Cost basis | $73,638.00 |
| 22. | **Other inventory or supplies** **Paper inventory** | 8-31-16 | $0.00 | Cost basis | $20,006.00 |
| | **Non-product such as cleaning supplies, uniforms, etc.** | 8-31-16 | $0.00 | Cost basis | $6,406.00 |

23. **Total of Part 5.**

$100,050.00

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    176353.19   Valuation method   **Cost basis**   Current Value   176353.19

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **BCDG, LP**    Case number *(If known)* _____
_____
Name

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2015 Ford F-150 truck (leased)** **Mileage 16,529** | $0.00 | Kelley Blue Book | $40,853.00 |
| 47.2. | **1997 GMC Sierra K2500** **Mileage: 45,935** | $0.00 | Kelley Blue Book | $3,383.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       **All equipment, machinery, furniture, fixtures, equipment seating, decor and signage, located at six McDonald's franchise restaurants** | $522,452.00 | Cost basis | $3,702,419.00 |

51.    **Total of Part 8.**

       Add lines 47 through 50. Copy the total to line 87. | **$3,746,655.00** |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **BCDG, LP**
_____    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **6 McDonald's restaurants at: 3000 SE 14th St. 1404 Des Moines St. 710 Army Post Rd. 4201 Fleur Dr. 2901 SW 9th St. All Des Moines, IA; and 1207 N. Jefferson Indianola, IA** | Lessee (see #62 below) | $0.00    Cost basis | Unknown |

**56.** **Total of Part 9.**    $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Franchise agreements, license agreements, and operator's lease for six McDonald's franchise restaurants** | $0.00 | Cost basis | $2,694,330.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

**66.** **Total of Part 10.**    $2,694,330.00

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **BCDG, LP**  _____    Case number *(If known)*  _____
Name

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **BCDG, LP**
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $164,942.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $100,050.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,746,655.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,694,330.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,705,977.51 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,705,977.51 |

**Fill in this information to identify the case:**

Debtor name **BCDG, LP**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Citizens Bank, N.A.**<br>Creditor's Name<br><br>**aka RBS Citizens, N.A.**<br>**28 State Street**<br>**Boston, MA 02109**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**June 2011**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All assets**<br><br><br>Describe the lien<br>**Blanket security interest**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,117,806.50** | **$3,702,419.00** |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$6,117,806.50**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Citizens Bank, N.A.**<br>**aka RBS Citizens, N.A.**<br>**PO Box 7000**<br>**Providence, RI 02940** | Line _2.1_ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **BCDG, LP** | Case number (if know) | |
|--------|--------------|----------------------|--|
| | Name | | |

| | | |
|--|--|--|
| **Citizens Bank, N.A.**<br>**aka RBS Citizens, N.A.**<br>**One Citizens Plaza**<br>**Providence, RI 02903** | Line **2.1** | |
| **Citizens Bank, N.A.**<br>**c/o Matthew T. Cronin, Esq.**<br>**666 Walnut, Suite 2000**<br>**Des Moines, IA 50309** | Line **2.1** | |

| Fill in this information to identify the case: |
| --- |
| Debtor name **BCDG, LP** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF IOWA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$642,610.48** | **$642,610.48** |
| --- | --- | --- | --- | --- |
|  | **Iowa Department of Revenue** | *Check all that apply.* |  |  |
|  | **Hoover State Office Building** | ☐ Contingent |  |  |
|  | **PO Box 10471** | ☐ Unliquidated |  |  |
|  | **Des Moines, IA 50306-0471** | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | **2015-2016** | **Sales tax** |  |  |
|  | Last 4 digits of account number **0871** | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |  |  |
|  |  | ☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,954.22** |
| --- | --- | --- | --- |
|  | **3M** | ☐ Contingent |  |
|  | **2807 Paysphere Cir.** | ☐ Unliquidated |  |
|  | **Chicago, IL 60674** | ☐ Disputed |  |
|  | Date(s) debt was incurred _ | Basis for the claim:  **Audio headsets** |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset?  ☐ No  ☐ Yes |  |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,339.05** |
| --- | --- | --- | --- |
|  | **ADP, LLC** | ☐ Contingent |  |
|  | **PO Box 842875** | ☐ Unliquidated |  |
|  | **Boston, MA 02284-2875** | ☐ Disputed |  |
|  | Date(s) debt was incurred _ | Basis for the claim:  **Payroll services** |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    38464                    Best Case Bankruptcy

| Debtor | **BCDG, LP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,301.15** |
|---|---|---|---|

**Adventure Lighting**
**90 Washington Ave.**
**Des Moines, IA 50314-3648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Lighting__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,007.00** |
|---|---|---|---|

**Affordable Drain Service**
**PO Box 71188**
**Clive, IA 50325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Plumbing__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,638.00** |
|---|---|---|---|

**Altametrics**
**PO Box 809123**
**Chicago, IL 60680-9123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Website for employee application submissions__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,885.89** |
|---|---|---|---|

**American Express Blue**
**Customer Care/Billing**
**PO Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Credit card__

**Last 4 digits of account number  2009**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,737.54** |
|---|---|---|---|

**American Express Delta**
**Customer Care/Billing**
**PO Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Credit card__

**Last 4 digits of account number  1008**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,383.40** |
|---|---|---|---|

**American Express Platinum**
**Box 0001**
**Los Angeles, CA 90056-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Credit card__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,438.80** |
|---|---|---|---|

**AT&T Wi-Fi Services**
**Dept. 0220**
**PO Box 5005**
**Carol Stream, IL 60197-5005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Wi-Fi__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **BCDG, LP**
_____
Name

Case number (if known) _____

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,025.00 |

**Atos Restaurant Technology Service**
**PO Box 711835**
**Denver, CO 80271-1835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Cash register support**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,881.99 |

**Bank of the West Wealth Mgmt.**
**Bank Card Center**
**PO Box 4021**
**Alameda, CA 94501-0421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Credit card**

Last 4 digits of account number  **4488**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,932.78 |

**Bankers Trust Company**
**453 7th Street**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-25-12**

Basis for the claim:  **Promissory note**

Last 4 digits of account number  **7389**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,386.00 |

**Barco Uniforms**
**350 West Rosecrans Ave.**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Uniforms**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446,881.00 |

**bizfi/Merchant Cash**
**480 Park Ave. S., 10th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4-17-16**

Basis for the claim:  **Factoring**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,268.62 |

**BLI Lighting Specialist**
**15275 Minnetonka Blvd.**
**Minnetonka, MN 55345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Lighting**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,992,345.00 |

**Larry and Brenda M. Brown**
**4205 Oakwood Lane**
**West Des Moines, IA 50265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Loans**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BCDG, LP** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address

**Central Iowa Mechanical**
**204 SW 2nd Street**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC repairs**

Is the claim subject to offset? ■ No  ☐ Yes

**$41,202.20**

---

**3.18** | Nonpriority creditor's name and mailing address

**CitiBusiness Card**
**Processing Center**
**Des Moines, IA 50363-0001**

Date(s) debt was incurred _

Last 4 digits of account number  **6022**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,550.56**

---

**3.19** | Nonpriority creditor's name and mailing address

**Clerk, District of Massachusetts**
**RE:  Civil #:16-CV-11878-DPW**
**1 Courthouse Way**
**Boston, MA 02210**

Date(s) debt was incurred  **9-15-16**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Court costs**
**Forward Financing LLC v.**
**BCDG LP d/b/a McDonalds, Larry Brown,**
**and Brenda Brown**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.20** | Nonpriority creditor's name and mailing address

**Coca Cola USA**
**PO Box 102703**
**Atlanta, GA 30368**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Beverages**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,392.88**

---

**3.21** | Nonpriority creditor's name and mailing address

**Concentra Health Services, Inc.**
**PO Box 9008**
**Broomfield, CO 80021-9008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$58.00**

---

**3.22** | Nonpriority creditor's name and mailing address

**Culligan Water Cond., Inc.**
**PO Box 65065**
**West Des Moines, IA 50265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water softener system**

Is the claim subject to offset? ■ No  ☐ Yes

**$237.64**

---

**3.23** | Nonpriority creditor's name and mailing address

**Davis Brown Law Firm**
**215 10th St., Ste. 1300**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,276.25**

---

| Debtor | **BCDG, LP** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$681.93** |
|---|---|---|---|

**Dish Network**
PO Box 9040
Littleton, CO 80120

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TV's, music**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72.08** |
|---|---|---|---|

**Distinctive Sound**
3159 99th St., Ste. F
Urbandale, IA 50322

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Headsets**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,457.14** |
|---|---|---|---|

**Drew's Lawn Service**
3717 134th Street
Urbandale, IA 50323

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawn services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196,961.14** |
|---|---|---|---|

**DS&B**
ATTN:  Sean Boland, CPA
222 S. Ninth St., Ste. 3000
Minneapolis, MN 55402-3340

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,918.14** |
|---|---|---|---|

**DTT Surveillance**
1755 N. Main St.
Los Angeles, CA 90031

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security system**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,822.11** |
|---|---|---|---|

**Ecolab - Pest**
26252 Network Place
Chicago, IL 60673-1262

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pest control**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73.55** |
|---|---|---|---|

**Ecolab Food Safety Specialists**
24198 Network Place
Chicago, IL 60673-1241

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Biohazard kits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BCDG, LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,387.00**

**Employers Unity**
PO Box 173836
Denver, CO 80217-3836

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services re:  unemployment claims**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,322.16**

**Everbrite, LLC**
Bin #88164
Milwaukee, WI 53288

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lighting**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99.63**

**Federal Express, Inc.**
PO Box 94515
Palatine, IL 60094-4515

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delivery services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,857.94**

**Fessler Carbonic Gas**
2012 E. Ovid
Des Moines, IA 50313

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gas**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,171.09**

**Fire King Security Products**
2780 Solution Center
Chicago, IL 60677-2007

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security products**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,797.88**

**Forward Financing LLC**
36 Bromfield St., Ste. 210-212
Boston, MA 02108

Date(s) debt was incurred  **6-23-16**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Factoring**
**US District Court Civil Action #1:16-CV-11878-DPW**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,395.30**

**General Fire & Safety**
3210 E. 14th St.
Des Moines, IA 50316

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire extinguisher services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BCDG, LP | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,050.00**

**Global Merchant Cash, Inc.**
**64 Beaver St., Ste. 415**
**New York, NY 10004**

Date(s) debt was incurred  **8-2-16**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Factoring**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00**

**Greater Des Moines Partnership**
**700 Locust St., Ste. 100**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Dues**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,021.27**

**H & K Resupply**
**2176 Diehl Road**
**Aurora, IL 60502**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Small equipment purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,325.00**

**H&K International, Inc.**
**PO Box 180729**
**Dallas, TX 75218**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Large equipment purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,934.46**

**Hawkeye/VanGinkel Lawn & Snow**
**PO Box 57369**
**Des Moines, IA 50317**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lawn and snow services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,403.30**

**Home Depot Credit Services**
**PO Box 182676**
**Columbus, OH 43218-2676**

Date(s) debt was incurred _

Last 4 digits of account number  **5306**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,021.97**

**Koch Brothers**
**325 Grand Ave.**
**Des Moines, IA 50306**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Office supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BCDG, LP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,257.50**

**Lapointe Law, P.C.**
**1200 Shermer Rd., Ste. 310**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,873.48**

**Mastercard Black Card**
**Card Services**
**PO Box 13337**
**Philadelphia, PA 19101-3337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number  **7680**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,630.82**

**McCormack Dist. Co., Inc.**
**1755 24th St. SW**
**Le Mars, IA 51031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$602,846.73**

**McDonald's USA, LLC**
**One McDonald's Plaza**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Franchise/license fees, advertising, rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67,291.17**

**Mid Iowa McDonald's Operators Group**
**c/o McDonald's Office - JKB Restaurants**
**4923 West Lincoln Way**
**Ames, IA 50014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Local co-op advertising**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,116.00**

**Carlos Moran**
**1100 Fremont St.**
**Des Moines, IA 50316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Upholstery services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,695.18**

**Mr. Electric of Central Iowa**
**4200 Fox St.**
**Colfax, IA 50054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Electrical services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BCDG, LP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,654.56** |
|---|---|---|---|

**Panasonic Corp. of N.A.**
**22968 Network Place**
**Chicago, IL 60673-1229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash registers**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,536.64** |
|---|---|---|---|

**ParTech**
**PO Box 301175**
**Dallas, TX 75303-1175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash registers**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,378.33** |
|---|---|---|---|

**Price Chopper**
**PO Box 1268**
**Bothell, WA 98041**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NSF employee checks**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68.22** |
|---|---|---|---|

**Purchase Power**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Postage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$498.00** |
|---|---|---|---|

**QsrSoft**
**PO Box 2892**
**West Lafayette, IN 47996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Web-based reporting**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,794.00** |
|---|---|---|---|

**Roofing Source**
**6255 W. Howard St.**
**Niles, IL 60714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Roofing services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,550.00** |
|---|---|---|---|

**RTS Bill Payment Center**
**PO Box 711835**
**Denver, CO 80271-1835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cash register support**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | BCDG, LP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address

**Safeguard Business Systems**
PO Box 88043
Chicago, IL 60680-1043

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$247.38**

---

**3.60** | Nonpriority creditor's name and mailing address

**Sage Software, Inc.**
14855 Collections Center Dr.
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software**

Is the claim subject to offset? ■ No ☐ Yes

**$245.00**

---

**3.61** | Nonpriority creditor's name and mailing address

**Service Check Inc.**
PO Box 101373
Atlanta, GA 30392

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **800 number for customer calls**

Is the claim subject to offset? ■ No ☐ Yes

**$2,733.06**

---

**3.62** | Nonpriority creditor's name and mailing address

**Service Solutions Group**
6000 Paysphere Circle
Chicago, IL 60674

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment purchases**

Is the claim subject to offset? ■ No ☐ Yes

**$9,527.73**

---

**3.63** | Nonpriority creditor's name and mailing address

**Smith Sewer Service**
PO Box 351
Johnston, IA 50131

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Plumbing**

Is the claim subject to offset? ■ No ☐ Yes

**$1,563.56**

---

**3.64** | Nonpriority creditor's name and mailing address

**Speck USA**
PO Box 21009
Des Moines, IA 50321

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking lot striping**

Is the claim subject to offset? ■ No ☐ Yes

**$7,525.00**

---

**3.65** | Nonpriority creditor's name and mailing address

**Springer Pest Solutions**
5380 NE 14th St., Ste. A
Des Moines, IA 50313

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pest control**

Is the claim subject to offset? ■ No ☐ Yes

**$2,393.46**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BCDG, LP** | Case number (if known) | |
|--------|--------------|------------------------|--|
| | Name | | |

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,685,000.00**

**TASS Enterprises, Inc./Steven L. Nelson**
**34-750 Washington Street**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6-1-11**

Basis for the claim:  **Promissory note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,556.66**

**Tech 24**
**c/o PNC Bank**
**PO Box 538516**
**Atlanta, GA 30353-5816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Equipment purchases**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$810.90**

**Thrasher Service Corp.**
**3012 E. 14th St.**
**Des Moines, IA 50316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Plumbing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,228.81**

**Tyco Integrated Security LLC**
**PO Box 371967**
**Pittsburgh, PA 15250-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Security services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,797.87**

**Verizon Wireless**
**PO Box 25505**
**Lehigh Valley, PA 18002-5505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cell phone**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,561.81**

**Way To Be**
**30987 San Clemente St.**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Uniforms**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,922.09**

**Wells Fargo Business VISA**
**Payment Remittance Center**
**PO Box 6426**
**Carol Stream, IL 60197-6426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit card**

Last 4 digits of account number  **3611**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BCDG, LP** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,420.91** |
| --- | --- | --- | --- |

**Wells Fargo Businessline Mastercard**
**Payment Remittance Center**
**PO Box 51174**
**Los Angeles, CA 90051-5474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Credit card

Last 4 digits of account number  9591

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **American Express  Blue**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **American Express Delta**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Bank of the West Wealth Mgmt.**<br>**PO Box 2078**<br>**Omaha, NE 68103-2078** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **bizfi/Merchant Cash**<br>**c/o Capital Advance Solutions**<br>**8025 W. Black Horse Pike**<br>**W. Atlantic City, NJ 08232** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **CitiBusiness Card**<br>**PO Box 78045**<br>**Phoenix, AZ 85062-8045** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **CitiBusiness Card**<br>**PO Box 6235**<br>**Sioux Falls, SD 57117-6004** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Erik S. Fisk, Esq.**<br>**Whitfield & Eddy Law**<br>**699 Walnut St., Ste. 2000**<br>**Des Moines, IA 50309** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Forward Financing LLC**<br>**c/o Capital Advance Solutions**<br>**8-025 W. Black Horse Pike**<br>**Pleasantville, NJ 08232** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Forward Financing LLC**<br>**c/o Adam J. Combies, Esq.**<br>**Combies Hanson**<br>**137 Lewis Wharf**<br>**Boston, MA 02110** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **BCDG, LP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Global Merchant Cash, Inc.** **c/o Capital Advance Solutions** **8025 W. Black Horse Pike** **Pleasantville, NJ 08232** | Line **3.38** ☐ Not listed. Explain ____ | _ |
| 4.11 | **Home Depot Credit Services** **Dept. 32 - 2139325306** **PO Box 9001030** **Louisville, KY 40290-1030** | Line **3.43** ☐ Not listed. Explain ____ | _ |
| 4.12 | **Home Depot Credit Services** **PO Box 790345** **Saint Louis, MO 63179-0345** | Line **3.43** ☐ Not listed. Explain ____ | _ |
| 4.13 | **Iowa Department of Revenue** **ATTN: Loren Tiangco** **PO Box 10330** **Des Moines, IA 50306-0330** | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.14 | **Iowa Division of Labor/Wage** **1000 East East Grand Ave.** **Des Moines, IA 50319-0209** | Line **3.54** ☐ Not listed. Explain ____ | _ |
| 4.15 | **Mastercard Black Card** **Card Services** **PO Box 8802** **Wilmington, DE 19899-8802** | Line **3.46** ☐ Not listed. Explain ____ | _ |
| 4.16 | **McDonald's Restaurants of Iowa, Inc.** **ATTN: US Vice Pres.-US General Counsel** **One McDonald's Plaza** **Oak Brook, IL 60523** | Line **3.48** ☐ Not listed. Explain ____ | _ |
| 4.17 | **McDonald's USA** **2915 Jorie Boulevard** **Oak Brook, IL 60523** | Line **3.48** ☐ Not listed. Explain ____ | _ |
| 4.18 | **McDonald's USA** **c/o Robert C. Gainer, Esq.** **1307 50th Street** **West Des Moines, IA 50266** | Line **3.48** ☐ Not listed. Explain ____ | _ |
| 4.19 | **McDonald's USA** **c/o Jason H. Watson, Esq.** **271 17th Street NW, Suite 2400** **Atlanta, GA 30363** | Line **3.48** ☐ Not listed. Explain ____ | _ |
| 4.20 | **McDonald's USA** **ATTN: Managing Counsel** **One McDonald's Plaza** **Oak Brook, IL 60523** | Line **3.48** ☐ Not listed. Explain ____ | _ |
| 4.21 | **Mid Iowa McDonald's Operators Group** **c/o William T. Talbot, Esq.** **Newbrough Law Firm, LLP** **PO Box 847** **Ames, IA 50010-0847** | Line **3.49** ☐ Not listed. Explain ____ | _ |

| Debtor | **BCDG, LP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.22 | **Wells Fargo Business VISA**<br>**PO Box 29482**<br>**Phoenix, AZ 85038-8650** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Wells Fargo Businessline Mastercard**<br>**PO Box 29482**<br>**Phoenix, AZ 85038-8650** | Line **3.73**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  642,610.48 |
| **5b. Total claims from Part 2** | 5b.  + | $  8,869,320.93 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  9,511,931.41 |

**Fill in this information to identify the case:**

Debtor name    **BCDG, LP**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee on automobile lease - 2015 Ford F-150** | |
| | State the term remaining | **August 8, 2018** | **Ford Motor Credit Company**<br>**National Bankruptcy Service Center**<br>**PO Box 62180**<br>**Colorado Springs, CO 80962** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lessee on commercial property lease - 6500 University Ave., Suite 204, Windsor Heights, Iowa** | |
| | State the term remaining | **September 30, 2019** | **JKoester Properties LLC**<br>**6500 University Ave., Ste. 308**<br>**Windsor Heights, IA 50324** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Franchisee under Franchise Agreement - six McDonald's restaurants** | |
| | State the term remaining | | **McDonald's USA, LLC**<br>**ATTN:  Walt Maney, VP & GM**<br>**1650 W. 82nd St., Unit 900**<br>**Minneapolis, MN 55431** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **BCDG, LP**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brown Customer Delight Group, Inc.** | **c/o Larry Brown**<br>**4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **Citizens Bank, N.A.** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Brown Customer Delight Group, Inc.** | **c/o Larry Brown**<br>**4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **TASS Enterprises, Inc./Steven L. Nelson** | ☐ D _____<br>■ E/F  **3.66**<br>☐ G _____ |
| 2.3 | **Brenda M. Brown** | **4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **Citizens Bank, N.A.** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Brenda M. Brown** | **4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **Bankers Trust Company** | ☐ D _____<br>■ E/F  **3.12**<br>☐ G _____ |
| 2.5 | **Brenda M. Brown** | **4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **bizfi/Merchant Cash** | ☐ D _____<br>■ E/F  **3.14**<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **BCDG, LP** | | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Brenda M. Brown | 4205 Oakwood Lane<br>West Des Moines, IA 50265 | Global Merchant<br>Cash, Inc. | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |
| 2.7 | Brenda M. Brown | 4205 Oakwood Lane<br>West Des Moines, IA 50265 | Clerk, District of<br>Massachusetts | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.8 | Brenda M. Brown | 4205 Oakwood Lane<br>West Des Moines, IA 50265 | Forward Financing<br>LLC | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |
| 2.9 | Larry Brown | 4205 Oakwood Lane<br>West Des Moines, IA 50265 | Citizens Bank, N.A. | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Larry Brown | 4205 Oakwood Lane<br>West Des Moines, IA 50265 | Bankers Trust<br>Company | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.11 | Larry Brown | 4205 Oakwood Lane<br>West Des Moines, IA 50265 | bizfi/Merchant Cash | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.12 | Larry Brown | 4205 Oakwood Lane<br>West Des Moines, IA 50265 | Global Merchant<br>Cash, Inc. | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |
| 2.13 | Larry Brown | 4205 Oakwood Lane<br>West Des Moines, IA 50265 | Clerk, District of<br>Massachusetts | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |

| Debtor | **BCDG, LP** | Case number *(if known)* | |
|---|---|---|---|

▆ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 | **Larry Brown** | **4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **Forward Financing**<br>**LLC** | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |
|---|---|---|---|---|
| 2.15 | **Larry Brown** | **4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **American Express**<br>**Blue** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.16 | **Larry Brown** | **4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **American Express**<br>**Delta** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.17 | **Larry Brown** | **4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **American Express**<br>**Platinum** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.18 | **Larry Brown** | **4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **Bank of the West**<br>**Wealth Mgmt.** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.19 | **Larry Brown** | **4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **CitiBusiness Card** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.20 | **Larry Brown** | **4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **Home Depot Credit**<br>**Services** | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |
| 2.21 | **Larry Brown** | **4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | **Mastercard Black**<br>**Card** | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |

| Debtor | **BCDG, LP** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Larry Brown** | 4205 Oakwood Lane<br>West Des Moines, IA 50265 | **Wells Fargo<br>Business VISA** | ☐ D _____<br>■ E/F __3.72__<br>☐ G _____ |
| 2.23 | **Larry Brown** | 4205 Oakwood Lane<br>West Des Moines, IA 50265 | **Wells Fargo<br>Businessline<br>Mastercard** | ☐ D _____<br>■ E/F __3.73__<br>☐ G _____ |
| 2.24 | **Brown Customer<br>Delight Group,<br>Inc.** | c/o Larry Brown<br>4205 Oakwood Lane<br>West Des Moines, IA 50265 | **McDonald's USA,<br>LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |
| 2.25 | **Brenda M. Brown** | 4205 Oakwood Lane<br>West Des Moines, IA 50265 | **McDonald's USA,<br>LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |
| 2.26 | **Larry Brown** | 4205 Oakwood Lane<br>West Des Moines, IA 50265 | **McDonald's USA,<br>LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

---

**Fill in this information to identify the case:**

Debtor name **BCDG, LP**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>■ Other   **Income through**<br>**8-31-16** | **$7,584,140.00** |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$17,505,023.00** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$21,997,518.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

---

Debtor      **BCDG, LP**                                                         Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **American Express Platinum**<br>**Box 0001**<br>**Los Angeles, CA 90056-8000** | **Over past 90 days** | **$18,376.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **Bank of the West Wealth Mgmt.**<br>**Bank Card Center**<br>**PO Box 4021**<br>**Alameda, CA 94501-0421** | **Over past 90 days** | **$28,190.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **Citizens Bank, N.A.**<br>**aka RBS Citizens, N.A.**<br>**28 State Street**<br>**Boston, MA 02109** | **Over past 90 days** | **$66,260.89** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **City of Indianola**<br>**Box 299**<br>**Indianola, IA 50125** | **Over past 90 days** | **$26,353.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Utilities_ |
| 3.5. | **Des Moines Water Works**<br>**2201 George Flagg Pkwy.**<br>**Des Moines, IA 50321** | **Over past 90 days** | **$8,913.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Utilities_ |
| 3.6. | **Forward Financing LLC**<br>**36 Bromfield St., Ste. 210-212**<br>**Boston, MA 02108** | **Over past 90 days** | **$10,214.30** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | **Global Client Solutions**<br>**4509 S. 129th Ave., Ste. 177**<br>**Tulsa, OK 74134** | **Over past 90 days** | **$18,602.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. | **Global Merchant Cash, Inc.**<br>**64 Beaver St., Ste. 415**<br>**New York, NY 10004** | **Over past 90 days** | **$114,975.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   **BCDG, LP**                                                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9.  **Iowa Department of Revenue**<br>**Hoover State Office Building**<br>**PO Box 10471**<br>**Des Moines, IA 50306-0471** | **Over past 90 days** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Sales tax** |
| 3.10.  **Karen Frison**<br>**PO Box 10044**<br>**Palm Desert, CA 99221** | **Over past 90 days** | **$8,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Consulting fees** |
| 3.11.  **Martin-Brower Fridley**<br>**85726 Expedite Way**<br>**Chicago, IL 60695-1700** | **Over past 90 days** | **$936,776.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.  **McDonald's Licensee Health Plan**<br>**35678 Eagle Way**<br>**Chicago, IL 60678-1356** | **Over past 90 days** | **$16,007.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Medical insurance** |
| 3.13.  **McDonald's USA, LLC**<br>**One McDonald's Plaza**<br>**Oak Brook, IL 60523** | **Over past 90 days** | **$14,379.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **License fees** |
| 3.14.  **bizfi/Merchant Cash**<br>**480 Park Ave. S., 10th Floor**<br>**New York, NY 10016** | **Over past 90 days** | **$14,608.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15.  **Mid Iowa McDonald's Operators Group**<br>**c/o McDonald's Office - JKB**<br>**Restaurants**<br>**4923 West Lincoln Way**<br>**Ames, IA 50014** | **Over past 90 days** | **$7,846.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Coop advertising** |
| 3.16.  **MidAmerican Energy Company**<br>**PO Box 8020**<br>**Davenport, IA 52808-8020** | **Over past 90 days** | **$84,296.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Utilities** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **BCDG, LP**                                                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.17. **Nu Gen Coaching**<br>**76874 Abby Ct.**<br>**Palm Desert, CA 92211** | **Over past 90 days** | **$121,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Consulting fees** |
| 3.18. **Restaurant Technologies Inc.**<br>**12962 Collection Center Dr.**<br>**Chicago, IL 60693** | **Over past 90 days** | **$17,902.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Service Solutions Group aka Tech 24**<br>**6000 Paysphere Circle**<br>**Chicago, IL 60674** | **Over past 90 days** | **$14,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **TASS Enterprises, Inc./Steven L. Nelson**<br>**34750 Washington Street**<br>**Palm Desert, CA 92211** | **Over past 90 days** | **$30,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **TTSG**<br>**10068 Silada St.**<br>**Commerce City, CO 80022** | **Over past 90 days** | **$49,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Consulting fees** |
| 3.22. **Waste Management of Iowa Inc.**<br>**PO Box 9001054**<br>**Louisville, KY 40290-1054** | **Over past 90 days** | **$31,643.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Waste pickup** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
   may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Subject to continuing accounting and audit** | | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

| Debtor | BCDG, LP | Case number *(if known)* | |
|---|---|---|---|

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Forward Financing LLC vs. BCDG LP d/b/a McDonalds, Larry Brown, and Brenda Brown Civil Action #1:16-CV-11878-DPW** | **Breach of contract and possession of collateral regarding a factoring Agreement** | **United States District Court District of Massachusetts 1 Courthouse Way Boston, MA 02210** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Des Moines Public Schools 2323 Grand Ave. Des Moines, IA 50312** | **Awards/business partnership** | **Over past 2 yrs.** | **$9,982.30** |
| | Recipients relationship to debtor **None** | | | |

Debtor    **BCDG, LP** _____    Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | **Corinthian Baptist Church**<br>**814 School St.**<br>**Des Moines, IA 50309-1207** | **Computers for elementary-age children** | **Over the past 2 yrs.** | **$5,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.3. | **Bravo Greater Des Moines**<br>**1915 Grand Ave.**<br>**Des Moines, IA 50309** | **Award dinner/business partnership** | **Over past 2 yrs.** | **$5,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.4. | **Des Moines University**<br>**3200 Grand Ave.**<br>**Des Moines, IA 50312-4198** | **Awards dinner/business partnership** | **Over past 2 yrs.** | **$2,700.00** |
| | Recipients relationship to debtor<br>**None** | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bradshaw, Fowler, Proctor & Fairgrave PC**<br>**801 Grand Avenue, #3700**<br>**Des Moines, IA 50309-8004** | | **October 21, 2016** | **$75,000.00** |
| | Email or website address<br>**www.bradshawlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

Debtor    **BCDG, LP** _____    Case number *(if known)* _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **BCDG, LP**    Case number *(if known)*

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **BCDG/McDonald's**<br>**3000 SE 14th St.**<br>**Des Moines, IA 50320** | **Store manager**<br>**3000 SE 14th St.**<br>**Des Moines, IA 50320** | **Cash/change for cash registers** | ☐ No<br>■ Yes |
| **BCDG/McDonald's**<br>**1404 Des Moines St.**<br>**Des Moines, IA 50316** | **Store manager**<br>**1404 Des Moines St.**<br>**Des Moines, IA 50316** | **Cash/change for cash registers** | ☐ No<br>■ Yes |
| **BCDG/McDonald's**<br>**710 Army Post Rd.**<br>**Des Moines, IA 50309** | **Store manager**<br>**710 Army Post Rd.**<br>**Des Moines, IA 50309** | **Cash/change for cash registers** | ☐ No<br>■ Yes |
| **BCDG/McDonald's**<br>**4201 Fleur Dr.**<br>**Des Moines, IA 50321** | **Store manager**<br>**4201 Fleur Dr.**<br>**Des Moines, IA 50321** | **Cash/change for cash registers** | ☐ No<br>■ Yes |
| **BCDG/McDonald's**<br>**2901 SW 9th St.**<br>**Des Moines, IA 50315** | **Store manager**<br>**2901 SW 9th St.**<br>**Des Moines, IA 50315** | **Cash/change for cash registers** | ☐ No<br>■ Yes |
| **BCDG/McDonald's**<br>**1207 N. Jefferson**<br>**Indianola, IA 50125** | **Store manager**<br>**1207 N. Jefferson**<br>**Indianola, IA 50125** | **Cash/change for cash registers** | ☐ No<br>■ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

---

Debtor    **BCDG, LP**                                                                        Case number *(if known)*

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| | |

Debtor    **BCDG, LP** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Dan Miner, CPA**<br>**Johnson, Doerhoefer & Miner PA**<br>**314 E. Main St.**<br>**Blooming Prairie, MN 55917** | **June, 2016 - date** |
| 26a.2.    **Sean Boland, CPA**<br>**DS&B**<br>**222 S. Ninth St., #3000**<br>**Minneapolis, MN 55402** | **2011 - June 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **See Question #26a** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **See Question #26a** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.    **Citizens Bank, N.A.**<br>**aka RBS Citizens, N.A.**<br>**PO Box 7000**<br>**Providence, RI 02940** | |
| 26d.2.    **McDonald's**<br>**One McDonald's Plaza**<br>**Oak Brook, IL 60523** | |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Store Managers at each location** | **Weekly** | **Unknown** |
| **Name and address of the person who has possession of inventory records**<br>**Debtor** | | |

Debtor    **BCDG, LP**                                                    Case number *(if known)* _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brown Customer Delight Group, Inc.** | **c/o Larry Brown, President 4205 Oakwood Lane West Des Moines, IA 50265** | **General Partner** | **1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Larry Brown** | **4205 Oakwood Lane West Des Moines, IA 50265** | **Limited Partner** | **62.13%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brenda M. Brown** | **4205 Oakwood Lane West Des Moines, IA 50265** | **Limited Partner** | **36.87%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Subject to continued accounting and audit** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **BCDG, LP**                                                    Case number *(if known)*

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**November 18, 2016**__

**/s/ Brown Customer Delight Group, Inc., its**          **Brown Customer Delight Group, Inc., its**
**General Partner**                                       **General Partner**
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor    **by Larry Brown, its President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Iowa

In re   **BCDG, LP** _____   Case No. _____

Debtor(s)    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Brown Customer Delight Group, Inc.**<br>**c/o Larry Brown**<br>**4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | | **1.00%** | **General partner** |
| **Brenda M. Brown**<br>**4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | | **36.87%** | **Limited Parnter** |
| **Larry Brown**<br>**4205 Oakwood Lane**<br>**West Des Moines, IA 50265** | | **62.13%** | **Limited Parnter** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **by Larry Brown, its President** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 18, 2016** _____

Signature   **/s/ Brown Customer Delight Group, Inc., its General Partner**

**Brown Customer Delight Group, Inc., its General Partner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Iowa

In re __BCDG, LP__

Debtor(s)

Case No. _____

Chapter __11__

## <u>VERIFICATION OF MASTER ADDRESS LIST ON PAPER (CREDITOR MATRIX)</u>

I, the by Larry Brown, its President of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the attached Master Address List (creditor matrix), consisting of __9__ pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date: __November 18, 2016__

/s/ Brown Customer Delight Group, Inc., its General Partner
**Brown Customer Delight Group, Inc., its General Partner/by Larry Brown, its President**
Signer/Title

VER_MTRX (Rev. 04/00)

3M
2807 Paysphere Cir.
Chicago, IL 60674

ADP, LLC
PO Box 842875
Boston, MA 02284-2875

Adventure Lighting
90 Washington Ave.
Des Moines, IA 50314-3648

Affordable Drain Service
PO Box 71188
Clive, IA 50325

Altametrics
PO Box 809123
Chicago, IL 60680-9123

American Express  Blue
Box 0001
Los Angeles, CA 90096-8000

American Express Blue
Customer Care/Billing
PO Box 981535
El Paso, TX 79998-1535

American Express Delta
Customer Care/Billing
PO Box 981535
El Paso, TX 79998-1535

American Express Delta
Box 0001
Los Angeles, CA 90096-8000

American Express Platinum
Box 0001
Los Angeles, CA 90056-8000

AT&T Wi-Fi Services
Dept. 0220
PO Box 5005
Carol Stream, IL 60197-5005

Atos Restaurant Technology Service
PO Box 711835
Denver, CO 80271-1835

Bank of the West Wealth Mgmt.
Bank Card Center
PO Box 4021
Alameda, CA 94501-0421

Bank of the West Wealth Mgmt.
PO Box 2078
Omaha, NE 68103-2078

Bankers Trust Company
453 7th Street
Des Moines, IA 50309

Barco Uniforms
350 West Rosecrans Ave.
Gardena, CA 90248

bizfi/Merchant Cash
480 Park Ave. S., 10th Floor
New York, NY 10016

bizfi/Merchant Cash
c/o Capital Advance Solutions
8025 W. Black Horse Pike
W. Atlantic City, NJ 08232

BLI Lighting Specialist
15275 Minnetonka Blvd.
Minnetonka, MN 55345

Brown Customer Delight Group, Inc.
c/o Larry Brown
4205 Oakwood Lane
West Des Moines, IA 50265

Brenda M. Brown
4205 Oakwood Lane
West Des Moines, IA 50265

Larry Brown
4205 Oakwood Lane
West Des Moines, IA 50265

Larry and Brenda M. Brown
4205 Oakwood Lane
West Des Moines, IA 50265

CAB East LLC
260 Interstate N. Pkwy NW, 12th Floor
Atlanta, GA 30339

Central Iowa Mechanical
204 SW 2nd Street
Des Moines, IA 50309

CitiBusiness Card
Processing Center
Des Moines, IA 50363-0001

CitiBusiness Card
PO Box 78045
Phoenix, AZ 85062-8045

CitiBusiness Card
PO Box 6235
Sioux Falls, SD 57117-6004

Citizens Bank, N.A.
aka RBS Citizens, N.A.
28 State Street
Boston, MA 02109

Citizens Bank, N.A.
aka RBS Citizens, N.A.
PO Box 7000
Providence, RI 02940

Citizens Bank, N.A.
c/o Matthew T. Cronin, Esq.
666 Walnut, Suite 2000
Des Moines, IA 50309

Citizens Bank, N.A.
aka RBS Citizens, N.A.
One Citizens Plaza
Providence, RI 02903

Clerk, District of Massachusetts
RE: Civil #1:16-CV-11878-DPW
1 Courthouse Way
Boston, MA 02210

Coca Cola USA
PO Box 102703
Atlanta, GA 30368

Concentra Health Services, Inc.
PO Box 9008
Broomfield, CO 80021-9008

Culligan Water Cond., Inc.
PO Box 65065
West Des Moines, IA 50265

Davis Brown Law Firm
215 10th St., Ste. 1300
Des Moines, IA 50309

Dish Network
PO Box 9040
Littleton, CO 80120

Distinctive Sound
3159 99th St., Ste. F
Urbandale, IA 50322

Drew's Lawn Service
3717 134th Street
Urbandale, IA 50323

DS&B
ATTN:  Sean Boland, CPA
222 S. Ninth St., Ste. 3000
Minneapolis, MN 55402-3340

DTT Surveillance
1755 N. Main St.
Los Angeles, CA 90031

Ecolab - Pest
26252 Network Place
Chicago, IL 60673-1262

Ecolab Food Safety Specialists
24198 Network Place
Chicago, IL 60673-1241

Employers Unity
PO Box 173836
Denver, CO 80217-3836

Erik S. Fisk, Esq.
Whitfield & Eddy Law
699 Walnut St., Ste. 2000
Des Moines, IA 50309

Everbrite, LLC
Bin #88164
Milwaukee, WI 53288

Federal Express, Inc.
PO Box 94515
Palatine, IL 60094-4515

Fessler Carbonic Gas
2012 E. Ovid
Des Moines, IA 50313

Fire King Security Products
2780 Solution Center
Chicago, IL 60677-2007

Ford Motor Credit Company
National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962

Forward Financing LLC
36 Bromfield St., Ste. 210-212
Boston, MA 02108

Forward Financing LLC
c/o Capital Advance Solutions
8-025 W. Black Horse Pike
Pleasantville, NJ 08232

Forward Financing LLC
c/o Adam J. Combies, Esq.
Combies Hanson
137 Lewis Wharf
Boston, MA 02110

General Fire & Safety
3210 E. 14th St.
Des Moines, IA 50316

Global Merchant Cash, Inc.
64 Beaver St., Ste. 415
New York, NY 10004

Global Merchant Cash, Inc.
c/o Capital Advance Solutions
8025 W. Black Horse Pike
Pleasantville, NJ 08232

Greater Des Moines Partnership
700 Locust St., Ste. 100
Des Moines, IA 50309

H & K Resupply
2176 Diehl Road
Aurora, IL 60502

H&K International, Inc.
PO Box 180729
Dallas, TX 75218

Hawkeye/VanGinkel Lawn & Snow
PO Box 57369
Des Moines, IA 50317

Home Depot Credit Services
PO Box 182676
Columbus, OH 43218-2676

Home Depot Credit Services
Dept. 32 - 2139325306
PO Box 9001030
Louisville, KY 40290-1030

Home Depot Credit Services
PO Box 790345
Saint Louis, MO 63179-0345

HTD Leasing LLC
260 Interstate N. Pkwy NW, 12th Floor
Atlanta, GA 30339

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471

Iowa Department of Revenue
ATTN: Loren Tiangco
PO Box 10330
Des Moines, IA 50306-0330

Iowa Division of Labor/Wage
1000 East East Grand Ave.
Des Moines, IA 50319-0209

JKoester Properties LLC
6500 University Ave., Ste. 308
Windsor Heights, IA 50324

Koch Brothers
325 Grand Ave.
Des Moines, IA 50306

Lapointe Law, P.C.
1200 Shermer Rd., Ste. 310
Northbrook, IL 60062

Mastercard Black Card
Card Services
PO Box 13337
Philadelphia, PA 19101-3337

Mastercard Black Card
Card Services
PO Box 8802
Wilmington, DE 19899-8802

McCormack Dist. Co., Inc.
1755 24th St. SW
Le Mars, IA 51031

McDonald's Restaurants of Iowa, Inc.
ATTN: US Vice Pres.-US General Counsel
One McDonald's Plaza
Oak Brook, IL 60523

McDonald's USA
2915 Jorie Boulevard
Oak Brook, IL 60523

McDonald's USA
ATTN: Managing Counsel
One McDonald's Plaza
Oak Brook, IL 60523

McDonald's USA
c/o Jason H. Watson, Esq.
271 17th Street NW, Suite 2400
Atlanta, GA 30363

McDonald's USA
c/o Robert C. Gainer, Esq.
1307 50th Street
West Des Moines, IA 50266

McDonald's USA, LLC
One McDonald's Plaza
Oak Brook, IL 60523

McDonald's USA, LLC
ATTN: Walt Maney, VP & GM
1650 W. 82nd St., Unit 900
Minneapolis, MN 55431

Mid Iowa McDonald's Operators Group
c/o McDonald's Office - JKB Restaurants
4923 West Lincoln Way
Ames, IA 50014

Mid Iowa McDonald's Operators Group
c/o William T. Talbot, Esq.
Newbrough Law Firm, LLP
PO Box 847
Ames, IA 50010-0847

Carlos Moran
1100 Fremont St.
Des Moines, IA 50316

Mr. Electric of Central Iowa
4200 Fox St.
Colfax, IA 50054

Panasonic Corp. of N.A.
22968 Network Place
Chicago, IL 60673-1229

ParTech
PO Box 301175
Dallas, TX 75303-1175

Price Chopper
PO Box 1268
Bothell, WA 98041

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

QsrSoft
PO Box 2892
West Lafayette, IN 47996

Roofing Source
6255 W. Howard St.
Niles, IL 60714

RTS Bill Payment Center
PO Box 711835
Denver, CO 80271-1835

Safeguard Business Systems
PO Box 88043
Chicago, IL 60680-1043

Sage Software, Inc.
14855 Collections Center Dr.
Chicago, IL 60693

Service Check Inc.
PO Box 101373
Atlanta, GA 30392

Service Solutions Group
6000 Paysphere Circle
Chicago, IL 60674

Smith Sewer Service
PO Box 351
Johnston, IA 50131

Speck USA
PO Box 21009
Des Moines, IA 50321

Springer Pest Solutions
5380 NE 14th St., Ste. A
Des Moines, IA 50313

TASS Enterprises, Inc./Steven L. Nelson
34-750 Washington Street
Palm Desert, CA 92211

```
Tech 24
c/o PNC Bank
PO Box 538516
Atlanta, GA 30353-5816

Thrasher Service Corp.
3012 E. 14th St.
Des Moines, IA 50316

Tyco Integrated Security LLC
PO Box 371967
Pittsburgh, PA 15250-7967

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Way To Be
30987 San Clemente St.
Hayward, CA 94544

Wells Fargo Business VISA
Payment Remittance Center
PO Box 6426
Carol Stream, IL 60197-6426

Wells Fargo Business VISA
PO Box 29482
Phoenix, AZ 85038-8650

Wells Fargo Businessline Mastercard
Payment Remittance Center
PO Box 51174
Los Angeles, CA 90051-5474

Wells Fargo Businessline Mastercard
PO Box 29482
Phoenix, AZ 85038-8650
```