# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCDG, LP | ) | Case No. 16-02263-als11 |
| | ) | |
| | ) | **APPOINTMENT OF COMMITTEE** |
| Debtor | ) | **OF UNSECURED CREDITORS** |

The U.S. Trustee for Region 12 hereby appoints the following person/entities to the Official Committee of Unsecured Creditors in the above case:

Creditors:  TASS Enterprises, Inc.           Global Merchant Cash, Inc.
c/o Steven Nelson                c/o Jay Keller
34750 Washington Street          64 Beaver Street, Suite 415
Palm Desert, CA 92211            New York, NY 10004
Ph: (760) 851-4109               Ph: (877) 795-1677
Attorney:  Erik S. Fisk          Fax: (212) 981-9195
fisk@whitfieldlaw.com            avital@walfunding.com

Mid Iowa McDonald's Operators Group, Inc.
c/o James Baker
4923 Lincoln Way
Ames, IA 50014
Ph: (515) 292-1388
Fax: (515) 292-6410
James.baker@partners.med.com

Steven Nelson of TASS Enterprises, Inc. is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

**Daniel M. McDermott**,
United States Trustee
Region 12

By:/s/ L. Ashley Zubal
**L. Ashley Zubal**
ID # IS9998256
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (515) 323-2269 / Fax: 284-4986
Ashley.Zubal@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was sent to the parties below on December 16, 2016.

Parties receiving electronic service:

- Jeffrey D Goetz     bankruptcyefile@bradshawlaw.com, goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
- Matthew T Cronin     mtcronin@belinmccormick.com
- Robert C Gainer      rgainer@cutlerfirm.com, vreed@cutlerfirm.com
- Jeffrey D Ganz       jganz@riemerlaw.com, saguado@riemerlaw.com
- Stephanie L Hinz     SHinz@pbalawfirm.com, dlatino@pbalawfirm.com;joliphant@pbalawfirm.com
- Chet A Mellema     mellema.chet@bradshawlaw.com, warner.barbara@bradshawlaw.com;gilbert.luann@bradshawlaw.com
- Krystal R Mikkilineni     mikkilineni.krystal@bradshawlaw.com, warner.barbara@bradshawlaw.com;carpe.pamela@bradshawlaw.com;bankruptcyefile@bradshawlaw.com
- John E Waters     IDRBankruptcy@iowa.gov

Parties receiving hand or mailed service:

Dan Miner
Johnson, Doerhoefer, & Miner PA
314 East Main Street
Blooming Prairie, MN 55917

Jason H Watson
271 17th Street NW
Suite 2400
Atlanta, GA 30363

By:/s/ Shelly W. Fellner
**Shelly W. Fellner**
Legal Clerk
United States Trustee's Office