# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Case No. 16-02263-als11 |
| BCDG, LP, | In Proceedings Under Chapter 11 |
| Debtor. | |
| _____/ | Hon. Anita L. Shodeen |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Pursuant to F.R.B.P. 9010(b), please take notice that John J. Stockdale, Jr. of Schafer and Weiner, PLLC is appearing for the following party in the above-captioned bankruptcy case: Official Unsecured Creditors' Committee.

The Committee is a party in interest in this case. Pursuant to Title 11 of U.S.C. and F.R.B.P. 2002 and 9007, the undersigned, on behalf of the Committee hereby requests that all notices given or required to be given in this case and all papers served or required to be served, including Notices of Abandonment, in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

Please take further notice that the foregoing request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, any other documents brought before this Court in

{00665621.1}

this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

This Notice of Appearance and Request for Notices shall not be deemed to be and is not a waiver of any rights of the Committee.

                                  Respectfully submitted:

                                  SCHAFER AND WEINER, PLLC

                    By:  / s / John J. Stockdale, Jr.
                         JOHN J. STOCKDALE, JR. IS9997549
                         40950 Woodward Ave., Ste. 100
                         Bloomfield Hills, MI 48304
                         248-540-3340
                         jstockdale@schaferandweiner.com
                         Proposed Attorneys for Committee

Dated:  December 29, 2016

{00665621.1}