**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309–2044
www.iasb.uscourts.gov

In the Matter of:  Case No. 16–02263–als11
BCDG, LP

Debtor(s)

### Notice and Order Regarding Telephonic Hearing on:

### Ex Parte Motion for Clarification of Final Decree (#264)
(date entered on docket: April 2, 2019)

**TO:**
John J. Stockdale, Jr, Attorney for Trust, (248) 540–3340

**YOU ARE HEREBY NOTIFIED that the Court will conduct a telephonic hearing on May 7, 2019.**
Parties should be prepared to accept the Court's call during the **02:30 PM CDT** hour or as soon thereafter as possible.
Time allotted for Hearing: **10 Minutes**

**Deadlines**

**IT IS HEREBY ORDERED** that:

- **Objections,** if no bar date preceded this motion, are due on or before **N/A.**
- **Exhibits**, if any, shall be exchanged and submitted by **N/A.** Exhibit list(s) must be filed with the Clerk of Court by the same date.
    - Exhibits must be in pdf format. Exhibits shall be submitted to the Clerk's Office on DVD/CD or USB drive OR to Chambers at **als_exhibits@iasb.uscourts.gov.**
    - The electronic exhibits must be clearly labeled with the number or letter, which corresponds to the exhibit list.
    - Debtor(s) shall use consecutive numbers; Creditor(s) shall use consecutive letters. If a matter involves multiple parties, self–explanatory acronyms should be used in addition to numbers or letters.
    - The exhibits submitted to the Clerk's Office will be identified, stored and utilized to designate the official record.
- **Briefs** due on or before **N/A.**

**Scheduling/Continuances**

If no objection is filed by the date indicated above, the court may enter an order on the uncontested matter and cancel the hearing.

The parties shall promptly advise the judge's chambers at **515–284–6118** of any resolution or change in attorney handling the hearing.

An attorney seeking a continuance must file a motion to continue hearing that indicates good cause for the continuance and that contains a professional or verified statement that one's client and all opposing parties have been contacted and that those entities either consent to or resist the motion.

**Questions Regarding this Order**
Contact Jan Kirschman, Courtroom Deputy, 515–323–2836, jmk@iasb.uscourts.gov or
Allie Quinn, Law Clerk, 515–284–6119, acq@iasb.uscourts.gov

Judge Anita L. Shodeen
United States Bankruptcy Judge